**DUCOL, INC., Appellant,**

v.

**MISSISSIPPI RIVER BRIDGE AUTHOR-
ITY, Owner of the FERRY
CRESCENT, Appellee.**

No. 24622.

United States Court of Appeals
Fifth Circuit.

May 31, 1968.

Louis A. Pilie, Lester J. Lautenschlae-
ger, Jr., Faris, Ellis, Cutrone, Gilmore &
Lautenschlaeger, New Orleans, La., for
appellant.

George B. Matthews, Louis B. Porterie,
New Orleans, La., for appellee.

Before TUTTLE and DYER, Cir-
cuit Judges, and MEHRTENS, District
Judge.

PER CURIAM.

The judgment of the trial court is
based principally on a resolution of issues
of fact. The finding of gross fault on
the part of appellant's vessel is prac-
tically conceded. Under such circum-
stances, we agree with the trial court
that the several technical or minor faults
charged against the ferry Crescent, if
proved, should not prevent "condemning
the more culpable vessel completely".
Compania De Maderas De Caibarien, S.A.
v. Queenston Heights (C.A.5, 1955) 220
F.2d 120.

The judgment is affirmed.